CFN 20260330416
**OR BK 36785 PG 1462**
RECORDED 9/10/2026 2:15 PM
Palm Beach County, Florida
Shannon Ramsey-Chessman,
Clerk Ad Interim
Pgs: 1462 - 1464; (3pgs)

**Prepared By and Return Document To:**
Sundeep K. Mullick, Esq.
The Barthet Firm, P.A.
200 S. Biscayne Blvd., Suite 1650
Miami, FL 33131

## WARNING!

**THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.**

## CLAIM OF LIEN:

State of Florida
County of Palm Beach

NOT A CERTIFIED COPY

Before me, the undersigned notary public, personally appeared Martin Hogan, who was duly sworn and says that he is an authorized representative of the Lienor herein, Hogan Brothers Construction International Corp., whose address is 18851 NE 29th Avenue, Suite 414, Aventura, FL 33180, and that in accordance with an agreement with Gulfstream Expansion Owner, LLC/Gulfstream Owner, LLC/Restoration St. Louis, Inc., whose address is 4240 Manchester Avenue, St. Louis, MO 63110, Lienor furnished general contractor services and labor, materials and supplies incidental thereto for the improvement of the following described real property in Palm Beach County, Florida:

**Job Name: Gulfstream Hotel**
**Job Address: 1 Lake Avenue, Lake Worth Beach, Florida 33460**
**Legal Description:** ***See*** **Exhibit "A"**
**Folio Number: 38-43-44-27-74-001-0000**
**NOC: CFN 20240107650, Book 34919, Page 809, date of recording: April 1, 2024 as recorded in the public records of Palm Beach County, Florida**

Which property is owned by Gulfstream Expansion Owner, LLC/Gulfstream Owner, LLC/Restoration St. Louis, Inc., of a total value of Twenty Two Million Nine Hundred Fifty Four Thousand Seven Hundred Seventy Two Dollars and Forty Nine Cents ($22,954,772.49), of which there remains unpaid One Million Seven Hundred Ten Thousand Eight Hundred Seventy Nine Dollars and Ninety Three Cents ($1,710,879.93)[1] plus interest, legal fees and collection costs, and furnished the first of the items on April 22, 2024 and the last of the items on June 12, 2026.

Lienor: Hogan Brothers Construction International Corp.
18851 NE 29th Avenue, Suite 414
Aventura, FL 33180

Sign: ______________________
Martin Hogan, authorized representative

STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn to and subscribed before me this 10th day of September 2026, by Martin Hogan, Authorized Representative of Hogan Brothers Construction International Corp. who is personally known or who produced FL Drivers License as identification.

ERICA CHIA
Notary Public - State of Florida
Commission # HH 776558
My Comm. Expires Nov 16, 2029
Bonded through National Notary Assn.

______________________
Signature of Notary Public - State of Florida
Print or Stamp Commissioned Name of Notary Public

[1] This amount does not include $24,338.47 for work that is the subject of approved but unsigned change orders, and does not include $866,546.68 for work that was completed and is the subject of Proposed Change Orders (PCOs) that were submitted to Owner and for which no Owner approval has been provided to date. This amount also does not include amounts for work that are disputed by the Owner.

EXHIBIT
C

**Copies furnished to the following by Certified Mail, Return Receipt Requested and Regular Mail:**
Restoration St. Louis, Inc., Attn: Amrit Gill & Chris Johnson, 4240 Manchester Ave., St. Louis, MO 63110
Restoration St. Louis, Inc., c/o Registered Agent, Aamrit Bir S. Gill, 6560 Paul Mar Dr., Lake Worth, FL 33462
Checkmate Design, L.L.C., Attn: Amy Gill, 4240 Manchester Ave., St. Louis, MO 63110
Checkmate Design, L.L.C., c/o Registered Agent, Gary Dunay, 14 SE 4th Street, Suite 36, Boca Raton, FL 33432
Gulfstream Owner, LLC, Attn: Amrit Gill, 4240 Manchester Ave., St. Louis, MO 63110
Gulfstream Owner, LLC, c/o Registered Agent, Amrit Gill, 6560 Paul Mar Drive, Lantana, FL 33462
Gulfstream Expansion Owner, LLC, 4240 Manchester Avenue, St. Louis, MO 63110
Gulfstream Expansion Owner, LLC, c/o Registered Agent, Amrit Gill, 6560 Paul Mar Drive, Lantana, FL 33462
South Florida Financing II, LLC, 109 SE 9th Avenue, 2nd Floor, Delray Beach, FL 33483
South Florida Financing II, LLC, 109 SE 5th Avenue, 2nd Floor, Delray Beach, FL 33483
South Florida Financing II, LLC, c/o Registered Agent, CD Financial LLC, 109 SE 5th Ave., 2nd Floor, Delray Beach, FL 33483
CDS International Holdings, Inc., 109 SE 5th Avenue, 2nd Floor, Delray Beach, FL 33483
CDS International Holdings, Inc., c/o Registered Agent, CDS GROUP HOLDINGS LLC, 109 SE 5th Ave., 2nd Floor, Delray Beach, FL 33483

NOT A CERTIFIED COPY

# EXHIBIT "A"
## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF PALM BEACH, STATE OF FLORIDA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1 OF GULFSTREAM HOTEL CONSOLIDATION PLAT RECORDED IN PLAT BOOK 137, PAGES 28-29, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

FORMERLY KNOWN AS:

LOTS 9, 10, 11 AND THE NORTHERLY 24.50 FEET OF LOT 12, BLOCK 33, "THE PALM BEACH FARMS CO. PLAT NO. 2, LUCERNE TOWNSITE," ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 2, PAGES 29 THROUGH 40, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, SAID LAND LYING IN THE LUCERNE TOWNSITE, PALM BEACH COUNTY, FLORIDA.

AND

THAT CERTAIN 10 FOOT WIDE STRIP OF LAND LYING WEST OF AND ADJACENT TO THE FOLLOWING DESCRIBED PARCEL:

LOTS 9, 10, 11 AND THE NORTHERLY 24.50 FEET OF LOT 12, BLOCK 33, "THE PALM BEACH FARMS CO. PLAT NO. 2, LUCERNE TOWNSITE, "ACCORDING TO THE PLAT HEREOF, AS RECORDED IN PLAT BOOK 2, PAGES 29 THROUGH 40 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA, SAID LAND LYING IN THE LUCERN TOWNSITE, PALM BEACH COUNTY, FLORIDA.

NOT A CERTIFIED COPY